IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01889-WYD-MJW

YILMAZ ALTUNSOY,

    Plaintiff(s),

v.

JESSIE MORTON,

    Defendant(s).

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

The Plaintiff has filed a Notice of Dismissal With Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) [# 13].  After careful review of the file, the Court has concluded that the notice should be approved and that Plaintiff's claims against the Defendant should be **DISMISSED WITH PREJUDICE**.

THEREFORE IT IS ORDERED as follows:

That Plaintiff's Notice of Dismissal With Prejudice [# 13] is **APPROVED**; and that Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**, each party to pay its own attorney's fees and costs.

Dated:  January 2, 2007

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              U. S. District Judge